IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Martins, Angela D | Case Number: 07 B 21617 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 4/22/08 | Filed: 11/16/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 11 Conversion: February 19, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 6,007.00 | |
| Secured: | | 876.40 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 50.03 |
| Other Funds: | | 5,080.57 |
| Totals: | 6,007.00 | 6,007.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Fremont Investment & Loan | Secured | 0.00 | 0.00 |
| 2. | First Horizon Home Loans Corp | Secured | 0.00 | 0.00 |
| 3. | First Horizon Home Loans Corp | Secured | 0.00 | 0.00 |
| 4. | Nuvell Credit Company LLC | Secured | 0.00 | 793.88 |
| 5. | Nuvell Credit Company LLC | Secured | 0.00 | 0.00 |
| 6. | Estates At Brrokmere Owners Assn | Secured | 2,475.79 | 82.52 |
| 7. | First Horizon Home Loans Corp | Secured | 11,797.56 | 0.00 |
| 8. | Fremont Investment & Loan | Secured | 45,690.46 | 0.00 |
| 9. | First Horizon Home Loans Corp | Secured | 28,337.68 | 0.00 |
| 10. | Internal Revenue Service | Priority | 5,000.00 | 0.00 |
| 11. | Estates At Brrokmere Owners Assn | Unsecured | 0.00 | 0.00 |
| 12. | Premier Bankcard | Unsecured | 75.86 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 84.59 | 0.00 |
| 14. | Nuvell Credit Company LLC | Unsecured | 0.00 | 0.00 |
| 15. | Bass & Associates | Unsecured | 57.12 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 79.41 | 0.00 |
| 17. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 18. | Charter One Bank | Unsecured | | No Claim Filed |
| 19. | Harlem Furniture | Unsecured | | No Claim Filed |
| 20. | Lowes | Unsecured | | No Claim Filed |
| 21. | Aspire | Unsecured | | No Claim Filed |
| 22. | Home Depot | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 93,598.47 | $ 876.40 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Martins, Angela D | Case Number:  07 B 21617 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  4/22/08 | Filed:  11/16/07 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 50.03 |
| | _____ |
| | $ 50.03 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

