# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re                                                           )
                                                                )
                                                                )       Bankruptcy No. _____
                                                                )
                                        Debtor.                 )       Chapter         _____

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**
**(IN CASES UNDER CHAPTERS 7, 11 AND 12)**

Name of Applicant: _____

Authorized to Provide Professional Services to: _____

Date of Order Authorizing Employment: _____

Period for Which Compensation is Sought:
From   _____, _____   through _____, _____

Amount of Fees Sought:   $_____

Amount of Expense Reimbursement Sought:   $_____

This is an:         Interim Application _____                 Final Application _____

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date<br>Filed | Period<br>Covered | Total Requested<br>(Fees & Expenses) | Total Allowed<br>(Fees & Expenses) | Fees & Expenses<br>Previously Paid |
|---|---|---|---|---|

Dated: _____          _____
                                                                                        (Counsel)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ANGELA D. MARTINS | ) | Case No. 07 B 21617 |
| | ) | |
| Debtor. | ) | Judge: A. Benjamin Goldgar |
| | ) | |
| | ) | Hearing: May 20, 2009 at 9:30 a.m. |

### NOTICE OF MOTION

To:   See attached service list

    PLEASE TAKE NOTICE that on **May 20 2009 at 9:30 A.M.,** the undersigned will appear before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, in Courtroom 613, Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois the Bankruptcy Court for the Northern District of Illinois, Eastern Division, and shall then and there present FINAL APPLICATION FOR COMPENSATION FOR PROFESSIONAL SERVICES AND FOR REIMBURSEMENT OF EXPENSES OF FORREST L. INGRAM P.C. a copy of which is enclosed herewith and served upon you.


                        /s/ Forrest L. Ingram

Forrest L. Ingram, #3129032
Forrest L. Ingram, P.C.
79 W. Monroe St., Suite 900
Chicago, IL  60603
(312) 759-2838

### CERTIFICATE OF SERVICE

    I, Forrest L. Ingram, an attorney, certify that I have served a true and correct copy of the above and foregoing notice and the documents to which it refers on those whose names appear on the attached services list by electronic case filing, or by U.S. Mail, as indicated on the list, on April 28, 2009, before the hour of 6 p.m.


                        /s/Forrest L. Ingram

1

**SERVICE LIST**

**Via regular mail**
**Angela D. Martins**
122 Lawrence Lane
Matteson, IL 60443

**By ECF Notice:**
**William T. Neary**
**Office of the U.S. Trustee, Region 11**
227 W. Monroe St., Ste 3350
Chicago, IL 60606

**Estates of Brookmere Owners Association**
**Ronald J. Kapustka**
Kovitz Shifrin Nesbit
750 Lake Cook Road, Ste 350
Buffalo Grove, IL 60089
rkapustka@ksnlaw.com

**First Horizon Home Loan Corporation**
**Marc Wagman**
Fisher & Shapiro, LLC
4201 Lake Cook Road
Northbrook, IL 60062
mwagman@fisherandshapiro.com

**Fremont Investment and Loan**
**Michael J Kalkowski**
Fisher and Shapiro LLC
4201 Lake Cook Road
Northbrook, IL 60062
mkalkowski@fisherandshapiro.com

**Nuvell Credit Company, LLC**
**David W Cybak**
R. Cybak & Associates
100 W Monroe
Suite 800
Chicago, IL 60603
cybakassoc@yahoo.com

**Recovery Management Systems Corporation**
25 SE Second Avenue Suite 1120
Miami, FL 33131
claims@recoverycorp.com

2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ANGELA D. MARTINS | ) | Case No. 07 B 21617 |
| | ) | |
| Debtor in Possession. | ) | Judge: A. Benjamin Goldgar |
| | ) | |
| | ) | Hearing: May 20, 2009 at 9:30 a.m. |

**FINAL APPLICATION FOR COMPENSATION
FOR PROFESSIONAL SERVICES AND FOR REIMBURSEMENTOF EXPENSES OF
FORREST INGRAM, P.C.**

FORREST L. INGRAM, P.C., ("Applicant") on behalf of its attorneys, duly appointed counsel for Debtor Angela D. Martins (the "Debtor"), hereby makes its final application for compensation ("this Application") pursuant to Section 331 of the United States Bankruptcy Code, Bankruptcy Rule 2016 and Local Rule 5082 and requests that this Honorable Court enter an order allowing compensation for legal services rendered and reimbursement of expenses incurred from July 1, 2008 through March 25, 2009. In support of this Application, Applicant states as follows:

1. On February 12, 2008 the Debtor first consulted with Applicant concerning the conversion of her case from Chapter 13 to Chapter 11, and also on February 12, 2008, the Debtor executed an Engagement Agreement with Applicant for services in connection with the Chapter 11 case.

2. On November 16, 2007 (the "Petition Date"), the Debtor's Chapter 13 case was filed.

3. On February 19, 2008 the Debtor's Chapter 13 case was converted to Chapter 11. The Debtor remains in possession of her assets and continues to conduct her business pursuant to 11 U.S.C. §§ 1107 and 1108.

3

4. On March 12, 2008, the Court entered an order approving the appointment of the attorneys of Forrest L. Ingram, P.C., as attorneys of record for Debtor and Debtor in Possession. A copy of the Order is attached, marked **Exhibit A,** and made part of this pleading.

5. The times and chronology of the Applicant's services rendered in the above-entitled proceedings for the period from July 1, 2008 through March 25, 2009, are scheduled in detail to the tenth of an hour and arranged *by natures* in **Exhibit B,** attached hereto. A copy of Exhibit B has been sent to the Debtor with a request for review of the details, and for objections, if any. The Debtor has not objected to any items listed, to any of the services rendered, nor to any of the fees requested. Applicant's timesheets have also been arranged *by attorney* in **Exhibit C**, attached hereto.

6. A brief description of the credentials of each employee of Forrest L. Ingram, P.C. for whom compensation is sought is attached hereto as **Exhibit D.**

7. All services for which compensation is requested were in connection with these bankruptcy proceedings. All services performed after the commencement of the above-entitled proceedings were in connection with the performance of duties of the Debtor and Debtor in Possession as prescribed by the Bankruptcy Code or pursuant to orders of this Court.

8. Applicant requests the allowance of payment of compensation for legal services during the period July 1, 2008 through March 25, 2009 in the sum of $10,500.00.

9. The services rendered by Applicant were directly related and necessary to conversion to Chapter 11 case, and the administration of the Chapter 11 case, including but not limited to representing the Debtors at the initial debtor interview and Section 341(a) meeting, working with Debtor to ensure compliance with United States Trustee guidelines, responding to various

inquiries from creditors, representing debtor in Court on various motions, and negotiating settlement in connection to Debtor's properties.

10. HOURS OF SERVICES PROVIDED BY CATEGORY and ATTORNEY AND CLERK TIMES – Forrest L. Ingram, P.C. provided a total of 49.6 hours of services during the current period. The hours, broken down by natures, are summarized in **Exhibit B**. They are as follows:

**a. Adm** Approximately 23.3 hours of time and services were rendered in connection with matters that were administrative in nature including conferencing with the Debtor to decide what information would be needed to supplement bankruptcy filing, instructing the Debtor as to he duties in Chapter 11, preparation of monthly operating reports, strategizing with Debtor regarding loss of Bell Street property, working out the default issues on Debtor's homestead. For these services, Applicant asks for fees of **$4,662.50**.

**b. CM** Approximately 1.6 hours of time and services were rendered in connection with matters that were contested motions in nature including settlement discussions in connection with Notice of Default filed by First Horizon, Trustee's Motion to Dismiss and others. For these services, Applicant asks for fees of **$527.00**.

**c. DS&P** Approximately 19.3 hours of time and services were rendered in connection with matters that were devoted to preparation of disclosure statement and plan, including research into lien stripping provisions, negotiations with creditors, attendance of status hearings and mailing of the plan and disclosure statement to creditors. For these services, Applicant asks for fees of **$4,162.50**.

**d. Fee** Approximately .4 hours of time and services were rendered in connection with matters that were related to fee application, including conferencing regarding proper

5

procedure for preparation of fee application, filing and attending hearing on 1st interim fee application. For these services, Applicant asks for fees of **$168.00**

**e. Trste** Approximately 5 hours of time and services were rendered in connection with matters that were related to attendance of hearings in U.S. Trustee's Motions to Convert/ Dismiss, preparation of monthly operating reports, conferencing with Debtor regarding monthly operating reports. For these services, Applicant asks for fees of **$980.00.**

11. HOURS OF SERVICES PROVIDED BY ATTORNEYS AND CLERKS –the firm provided a total of approximately 38.6 hours of service, broken down by attorney as indicated on **Exhibit C**, as follows:

**a. Attorney Forrest L. Ingram** provided approximately 6.6 hours of services at $420.00 $440.00 per hour, including all phases of the Chapter 11 case.

**b. Attorney Peter Berk** provided approximately .4 hours of service at $250.00 per hour, including all phases of the Chapter 11 case.

**c. Attorney Helena Milman** provided approximately 39.9 hours of service at $175.00 - $200.00 per hour, including all phases of the Chapter 11 case .

d. **Attorney Gautham Kaveti** provided approximately 2.2 hours of service at $175.00 per hour, including all phases of the Chapter 11 case.

**e. Clerk** provided approximately .5 hours of service at $90 per hour, including all phases of the Chapter 11 case.

12. Applicant's customary fee includes actual compensation for time and services, fixed overhead, salaries, and unallocable costs.

13. Applicant is seeking reimbursement of expenses in the amount of $65.80. An itemization of expenses is attached to this Application as **Exhibit E**.

14. This Application and a Notice of Hearing on the First Application has been sent to the Debtor, to the U.S. Trustee and to parties entitled to notice.  A Notice for Hearing on this application has likewise been sent to all other creditors and parties of interest, along with a summary of all services provided by Debtors' counsel to the Debtors.  A certificate of service for the Notice has been filed with the Clerk of the Court.

15. This Court has jurisdiction over the subject matter pursuant to 28 U.S.C § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

**WHEREFORE**, Applicant respectfully requests that the Court conduct an appropriate hearing on Counsel's application and allow a reasonable fee to Debtors' Counsel in the sum of $10,500.00 for services for the period from July 1, 2008 through March 25, 2009, and reimbursement of expenses in the amount of $65.80. Applicant asks that the Debtor be authorized and directed to pay to Forrest L. Ingram, P.C. the total amount of $10565.80. Applicant asks for such other relief as may be appropriate.

Respectfully submitted,

FORREST L. INGRAM, P.C.


/s/ Forrest L. Ingram
Attorney for Debtor


Forrest L. Ingram, Esq.
Peter L. Berk, Esq.
Patrick Lambe, Esq.
FORREST L. INGRAM, P.C.
79 W. Monroe, Suite 900
Chicago, IL 60603
(312) 759-2838
Atty. No. 3129032