**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ANGELA D. MARTINS | ) | Case No. 07 B 21617 |
| | ) | |
| Debtor. | ) | Judge: A. Benjamin Goldgar |
| | ) | |
| | ) | Hearing: May 20, 2009 at 9:30 a.m. |

**CERTIFICATE OF SERVICE**

     I, Forrest L. Ingram, an attorney, caused a true and correct copy of the attached NOTICE FOR HEARING ON FINAL APPLICATION FOR COMPENSATION FOR PROFESSIONAL SERVICES OF FORREST L. INGRAM P.C., upon all parties entitled to service at the address listed on the service list attached hereto, by regular mail, postage prepaid, by placing a copy in the U.S. Mail depository at 79 W. Monroe St., Chicago, Illinois, on or before 5:00 p.m. on the 28th day of April, 2009.

                                                /s/ Forrest L. Ingram

Forrest L. Ingram, #3129032
Forrest L. Ingram, P.C.
79 W. Monroe St., Suite 900
Chicago, IL  60603
(312) 759-2838

**SERVICE LIST**

Advanta
1st Premier
P.O. Box 5542
Sioux Falls, SD 57117-5524

Aspire
P.O. Box 23007
Columbus, GA 31902-3007

Best Buy
Retail Services
P.O. Box 17298
Baltimore, MD 21297-1298

Carson Pirie Scott
P.O. Box 17264
Baltimore, MD 21297-1264

Charter One
DDA Recover RJE 245
P.O. Box 42023
Providence, RI 02904

Credit One Bank
PO Box 60500
City Of Industry, CA 91716-0500

Estates at Brookmere Owners Assn
c/o Kovitz Shifrin Nesbit
750 Lake Cook Road, Ste 350
Buffalo Grove, IL 60089-2073

First Horizon Home Loans
4000 Horizon Way
Irving, TX 75063

Fisher & Shapiro
4201 Lake Cook Rd.
Northbrook, IL 60062

Fremont Investment and Loan
c/o Fisher & Shapiro
4201 Lake Cook Road
Northbrook, IL 60062-1060

Gary and Pamela Walter
1431 Tron
Flossmoor, IL 60422

Harlem Furniture
P.O. Box 659704

San Antonio, TX 78265

Highland Community Bank
1701 W. 87th St.
Chicago, IL 60620

Home Depot
Home Depot Payment Processing Cente
Des Moines, IA 50364

Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph St.
Chicago, IL 60606

Internal Revenue Service
230 S. Dearborn St.
Mail Stop 5010 CHI
Chicago, IL 60604

Little Lamb Scholastic Academy
10126 South Western Ave
Chicago, IL 60643

Lowe's
P.O. Box 530914
Atlanta, GA 30353-0914

Nuvell Credit Company LLC
P.O. Box 2365
Memphis, TN 38101-2365